WILBORN & ASSOCIATES, P.C.
**TIM WILBORN**, ATTORNEY AT LAW — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
Attorney for Plaintiff

FILED'05 MAY 03 13:18USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JEFFREY HENRY**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**,

    Defendant.

CV 03-1026-RE

ORDER

Attorney fees in the amount of $19,923.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,900.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $13,023.00, minus the user fee. Any withheld amount remaining (including the EAJA fee offset) after all attorneys fees are paid should be released to the claimant.

DATED this 3rd day of _May_, 2005.

_____
United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1